UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JERRY WAYNE TURNER**<br>**LA. DOC #119947** | **CIVIL ACTION NO. 14-0882** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN JERRY GOODWIN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### CERTIFICATE OF APPEALABILITY

Upon consideration,

**IT IS ORDERED** that Petitioner's "Motion for Issuance of Certificate of Appealability" [Doc. No. 10] is **DENIED**. A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000), hereby finds that Petitioner has failed to show that jurists of reason would find it debatable whether this Court was correct in its procedural ruling that his Petition was successive.

MONROE, LOUISIANA, this 5th day of September, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE